Opinion filed December 1, 2005












 
 
  
 
 







 
 
  
 
 




Opinion filed December 1, 2005

 

 

 

 

 

 

 

                                                In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00260-CV 

 

                                                    __________

 

                             TRILLIUM INDUSTRIES, INC., Appellant

 

                                                             V.

 

                                            STRAX,
INC., Appellee

 



 

                                  On
Appeal from the County Court at Law No. 5

                                                          Dallas
County, Texas

                                                Trial
Court Cause No. 03-5147-E

 



 

                                             M
E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint
motion to dismiss the appeal.  In their
motion, the parties state that they have reached a settlement.  The motion is granted.

The appeal is dismissed.

 

December
1, 2005                                                                   PER
CURIAM

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.